```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE                          JS - 6
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6528
 9       Facsimile: (213) 894-7177
         E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 11-04496 DDP(RZx) |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $15,000.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| RICHARD BAKER, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

    This action was filed on May 25, 2011. Notice was given and published in accordance with law. Claimant Richard Baker ("claimant") filed a verified claim on July 7, 2011 and an answer

```
 1  on August 3, 2011.  Plaintiff and claimant have reached an
 2  agreement that is dispositive of the action.  The parties hereby
 3  request that the Court enter this Consent Judgment of Forfeiture.
 4       WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
 5       1.   This Court has jurisdiction over the parties and the
 6            subject matter of this action.
 7       2.   Notice of this action has been given in accordance with
 8            law.  All potential claimants to the defendant currency
 9            other than claimant are deemed to have admitted the
10            allegations of the Complaint.  The allegations set out
11            in the Complaint are sufficient to establish a basis
12            for forfeiture.
13       3.   The United States of America shall have judgment as to
14            $10,000.00 of the defendant currency, plus all interest
15            earned by the government on the full amount of the
16            defendant currency, and no other person or entity shall
17            have any right, title or interest therein.  The United
18            States Marshals Service is ordered to dispose of said
19            assets in accordance with law.
20       4.   $5,000.00 of the defendant currency, without any
21            interest, shall be paid to claimant by electronic
22            transfer directly into a financial institution account
23            designated by claimant's counsel within six weeks of
24            the government's receipt of the information needed to
25            process the payment.  Claimant's counsel agrees to
26            provide appropriate financial institution account
27            information within 10 days of execution of this consent
28            judgment.
```

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: June 27, 2012

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE